# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2005

Clifford W. Taylor,
Chief Justice

126188

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MAURICE HELLEBUYCK,
    Plaintiff,

v

    SC: 126188
    COA: 243940
    Macomb CC: 01-002861-CK

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
    Defendant.

_____/

    By order of October 28, 2004, the application for leave to appeal was held in abeyance pending the decision in *Rory v Continental Insurance Company* (Docket No. 126747). On order of the Court, the opinion having been issued on July 28, 2005, 473 Mich 457 (2005), the application for leave to appeal the February 10, 2004 judgment of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    CAVANAGH and WEAVER, JJ., would grant leave to appeal.

    KELLY, J., would grant leave to appeal to reconsider *Rory v Continental Insurance Company*, 473 Mich 457 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2005

Clerk